Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21–42839–lsg
Chapter: 13
Judge: Lisa S. Gretchko

In Re: (NAME OF DEBTOR(S))
   Jessicca M. Sherry
   22865 Lakeshore Dr.
   Saint Clair Shores, MI 48080

Social Security No.:
   xxx–xx–3904

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*53* – Chapter 13 Post–Confirmation Plan Modification Filed by Debtor Jessicca M. Sherry (RE: related document(s)10 Chapter 13 Plan). (Milstein, David)

will be held on: 5/24/22 at 09:00 AM at Courtroom 1975, 211 West Fort St., Detroit, MI 48226

Dated: 4/26/22

                BY THE COURT

                Todd M. Stickle, Clerk of Court
                U.S. Bankruptcy Court